Eastern District of Kentucky
FILED
SEP 3 0 2026
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION (AT FRANKFORT)**

MICHAEL DEAN VAUGHAN, )

Plaintiff, ) Civil Action No. 3:10-CV-54-DCR

v. )

UNITED STATES OF AMERICA, )

Substituted Defendant.

**PLAINTIFF'S NOTICE OF CURRENT ADDRESS OF RECORD**

Pursuant to Joint Local Rule 5.3(d) and (e), Plaintiff Michael Dean Vaughan, appearing pro se, gives written notice to the Clerk and to all parties and counsel of record that his current residential address, mailing address, and contact information are as follows:

**Residential and mailing address:** 500 Leo Drive, Hamilton, Ohio 45013
**Telephone:** (859) 743-1355
**Email:** warhacker6@gmail.com

This Notice is filed to confirm the current address of record in this action, which has been closed for a period of years, and to ensure the docket reflects Plaintiff's current contact information. Plaintiff respectfully requests that all notices, orders, and correspondence be directed to the address stated above.

Respectfully submitted,

Michael Dean Vaughan
Plaintiff, Pro Se
500 Leo Drive
Hamilton, Ohio 45013
(859) 743-1355
warhacker6@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on the date below, I filed the foregoing with the Clerk of the Court by submitting the signed paper original for filing and that I further served a true and accurate copy by United States Mail upon the Office of the United States Attorney for the Eastern District of Kentucky, 260 West Vine Street, Suite 300, Lexington, Kentucky 40507, and upon the Assistant Attorney General, Civil Division, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

Dated: September 15, 2026

Michael Dean Vaughan, Pro Se